DOA
9-5-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Antonio Alvarez-Moreno,<br>a.k.a.: Antonio Alvarez,<br>(A206 408 980)<br>*Defendant* | Case No. 17-8385MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Antonio Alvarez-Moreno, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 20, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 7, 2017

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 5, 2017, Antonio Alvarez-Moreno was booked into the Mesa City Jail (MCJ) intake facility by the Mesa Police Department on local charges. While incarcerated at the MCJ, Alvarez-Moreno was examined by ICE Officers Neri and Suchorabski who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 5, 2017, Alvarez-Moreno was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Alvarez-Moreno was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Antonio Alvarez-Moreno to be a citizen of Mexico and a previously deported criminal alien. Alvarez-Moreno was removed from the United States to Mexico at or near Nogales, Arizona, on or about June 20, 2017,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Alvarez-Moreno in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alvarez-Moreno's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Antonio Alvarez-Moreno was convicted of Reentry of Removed Alien, a felony offense, on June 19, 2017, in the United States District Court, District of Arizona. Alvarez-Moreno was sentenced to time served and thirty-six (36) months' supervised release. Alvarez-Moreno's criminal history was matched to him by electronic fingerprint comparison.

5. On September 5, 2017, Antonio Alvarez-Moreno was advised of his constitutional rights. Alvarez-Moreno freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 5, 2017, Antonio Alvarez-Moreno, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 20, 2017, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of September, 2017.

_____
John Z. Boyle,
United States Magistrate Judge